```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 03497
   OTIS LAMBERT SR
   DIANN LAMBERT                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3427     SSN XXX-XX-8697

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 04/03/2006 and was confirmed 06/15/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 01/15/2007.
-----------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
BENEFICIAL CREDIT           SECURED          5109.00        108.57         207.36
ILLINOIS TITLE LOANS, IN    SECURED           574.00           .00          19.14
SAXON MORTGAGE              CURRENT MORTG    7742.21           .00        7742.21
SAXON MORTGAGE SERVICES     MORTGAGE ARRE   10927.89           .00            .00
INTERNAL REVENUE SERVICE    PRIORITY         2976.48           .00            .00
INTERNAL REVENUE SERVICE    UNSECURED       22332.07           .00            .00
INTERNAL REVENUE SERVICE    NOTICE ONLY     NOT FILED          .00            .00
IRS TAX DIVISION            NOTICE ONLY     NOT FILED          .00            .00
IRS TAX DIVISION            NOTICE ONLY     NOT FILED          .00            .00
INTERNAL REVENUE SERVICE    NOTICE ONLY     NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE    PRIORITY         1475.03           .00            .00
ILLINOIS DEPT OF REVENUE    UNSECURED        1154.98           .00            .00
ACCESS CREDIT UNION         UNSECURED        1856.72           .00            .00
AMERICASH LOANS             UNSECURED         557.68           .00            .00
ECAST SETTLEMENT CORP       UNSECURED        2304.43           .00            .00
B-LINE                      UNSECURED        1090.38           .00            .00
CAPITAL ONE SERVICES        UNSECURED      NOT FILED           .00            .00
NICOR                       UNSECURED      NOT FILED           .00            .00
PAYDAY LOAN STORE           UNSECURED      NOT FILED           .00            .00
VILLAGE OF MAYWOOD          UNSECURED      NOT FILED           .00            .00
HARRIS BANK                 UNSECURED       12275.76           .00            .00
MELVIN J KAPLAN             DEBTOR ATTY     2,920.00                     2,084.97
TOM VAUGHN                  TRUSTEE                                        459.22
DEBTOR REFUND               REFUND                                            .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   10,621.47

PRIORITY                                              .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 03497 OTIS LAMBERT SR & DIANN LAMBERT
```

```
SECURED                                              7,968.71
    INTEREST                                           108.57
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,084.97
TRUSTEE COMPENSATION                                   459.22
DEBTOR REFUND                                             .00
                                 ---------------  ---------------
TOTALS                                10,621.47        10,621.47
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 05/02/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```